IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| EMIL LEWIS LESKO, TRUSTEE UNDER REVOCABLE TRUST AGREEMENT OF EMIL LEWIS LESKO, DATED JUNE 4, 2003; AND 7835.1765 SQUARE FEET OF LAND (PERMANENT EASEMENT); AND 458.4545 SQUARE FEET OF LAND (TEMPORARY CONSTRUCTION EASEMENTS), | § § § § § § § § § § | No. 670, 2015<br><br>Court Below–Superior Court of the State of Delaware, in and for Sussex County<br><br>C.A. No. S13C-01-032 |
| Defendants Below,<br>Appellants,<br><br>v.<br><br>STATE OF DELAWARE, UPON THE RELATION OF THE SECRETARY OF THE DEPARTMENT OF TRANSPORTATION,<br><br>Plaintiff Below,<br>Appellee. | § § § § § § § § § § § § § | |

Submitted: December 10, 2015
Decided: December 14, 2015

Before **STRINE**, Chief Justice; **VAUGHN** and **SEITZ**, Justices.

## <u>ORDER</u>

This 14th day of December 2015, having considered the notice of appeal from interlocutory order, it appears to the Court that:

(1) Emil Lewis Lesko has petitioned this Court, under Supreme Court Rule 42, to accept an appeal from an interlocutory order entered by the Superior

Court in a condemnation action. Lesko seeks review of the Superior Court's November 18, 2015 memorandum opinion granting a motion *in limine* filed by the State of Delaware Department of Transportation.

(2)    By order dated December 4, 2015, the Superior Court denied Lesko's application for certification of an interlocutory appeal. The court determined that interlocutory review of the November 18 memorandum opinion was not warranted.

(3)    The Court agrees with the Superior Court's analysis. The Rule 42(b) principles and criteria do not weigh in favor of interlocutory review of the November 18 memorandum opinion.

(4)    Applications for interlocutory review are addressed to the sound discretion of the Court. In this case, the Court concludes that interlocutory review of the November 18 memorandum opinion should be refused.

NOW, THEREFORE, IT IS HEREBY ORDERED that the interlocutory appeal is REFUSED.

BY THE COURT:

/s/ *Collins J. Seitz, Jr.*
Justice

2